IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| JEROLD WILLIAMS,<br>　　　　Plaintiff,<br>v.<br>EQUIFAX INFORMATION SERVICES, LLC, et al.<br>　　　　Defendants. | Civil Action No.: 1:13-cv-0095 (LO-TRJ) |
| ELIZABETH A. HEIDTKE,<br>　　　　Plaintiff,<br>v.<br>VERICREST FINANCIAL, INC.,<br>　　　　Defendant. | Civil Action No.: 1:13-cv-0096 |

## CONSENT EXPERT DISCLOSURES DISCOVERY ORDER

CAME THIS DAY the parties, having stipulated to a modification of the scheduling order in this case with regard to the disclosure of expert witnesses;

IT APPEARING TO THE COURT that the parties have agreed to this Order and that the modifications requested will not impact the timing of discovery or the date of the Final Pretrial Conference, it is therefore

ORDERED that the party with the burden of proof as to any issue shall make its expert disclosures by June 21, 2013. Responding disclosures are due by July 22, 2013. To the extent they are necessary, rebuttal disclosures shall remain due by August 2, 2013.

AND THIS CAUSE IS CONTINUED.

ENTERED THIS 17th DAY OF JUNE 2013.

/s/ Thomas Rawles Jones, Jr.
~~United States District Judge~~
THOMAS RAWLES JONES, JR.
U.S. MAGISTRATE JUDGE
EASTERN DISTRICT OF VIRGINIA

WE ASK FOR THIS:

LAW OFFICES OF JOHN C. BAZAZ, PLC

By: _____
John C. Bazaz, Esq., VSB #70796
Counsel for Mr. Williams and Ms. Heidtke
Law Offices of John C. Bazaz, PLC
4000 Legato Road, Suite 1100
Fairfax, VA 22033
Telephone: 703-272-8455
Facsimile: 703-596-4555
jbazaz@bazazlaw.com


SEEN AND AGREED:

MONTGOMERY & SIMPSON, LLLP

By: _____
John W. Montgomery, Jr. Esq., VSB #37149
Counsel for Equifax Information Services LLC
Montgomery & Simpson, LLLP
2116 Dabney Road, Suite A-1
Richmond, VA 23230
Telephone: 804-355-8744
Facsimile: 804-355-8748
jmontgomery@jwm-law.com

SEEN AND AGREED:

WOMBLE CARLYLE SANDRIDGE & RICE, LLP

By: _____
Lesley Whitcomb Fierst, Esq., VSB #79337
Counsel for Defendant Vericrest Financial, Inc.
Womble Carlyle Sandridge & Rice, LLP
8065 Leesburg Pike, 4th Floor
Tysons Corner, VA 22182-2738
Telephone: 703-790-3310
Facsimile: 703-790-2623
lfierst@wcsr.com

2